UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SJC, Inc., a Minnesota Corporation, and SJC, Inc.-Cartier Family charitable Remainder Trust,

Plaintiffs,

v.

TMC Terraplan Management Corporation, an Arizona corporation, and Eva Porter and Jerry Bingham,

Defendants.

File No. 01-940 MJD/JGL

**STIPULATION AND ORDER FOR DISMISSAL**

The parties to this litigation, acting by and through their undersigned counsel, hereby stipulate that this matter has been fully settled and compromised and that all claims asserted herein may be dismissed with prejudice and without costs.

Dated:

WINTHROP & WEINSTINE, P.A.

Patrick W. Weber

Patrick W. Weber (205138)
Darron C. Knutson (57034)
3000 Dain Rauscher Plaza
Minneapolis, Minnesota 55402
(612) 347-0700

Attorneys for Plaintiffs

FILED SEP 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: 9/18/01

LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.

Gary A. Van Cleve (156310)
James M. Susag (261038)
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952-835-3800)

Attorneys for Defendants

**ORDER**

Based upon the foregoing stipulation of the parties, it is hereby

ORDERED that this matter is dismissed with prejudice and without costs to any party.

Dated: Sept 28, 2001

Michael J. Davis
United States District Judge

::ODMA\PCDOCS\LIB1\705081\1

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500